THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARY JONES, Appellant

The defendant's contention that his guilt was not proven beyond a reasonable doubt is without merit. The jury was free to accept some, if not all, of the complainant's testimony *(see, e.g., People v Jackson,* 65 NY2d 265).

Also without merit is the defendant's contention that the court erred when it permitted the People to introduce into evidence his postarrest threat to kill the complainant *(see, People v Barksdale,* 100 AD2d 852).

Finally, we decline to exercise our discretion to modify the

defendant's sentence. Mangano, J. P., Niehoff, Kooper and Spatt, JJ., concur.